

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ABINGDON, VA
FILED

OCT 13 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

October 10, 2023

United States District Court
For the Western District of Virginia
Abingdon Division
180 W. Main Street Room 104
Abingdon, VA 24210

RE: Spencer Floyd
     V.    CL23-1182
     Earthlink

To Whom It May Concern:

I have enclosed the entire file for the above-referenced case.
Please contact our office if you need anything else.

Julie McCoy
Chief Deputy Clerk

**WISE COUNTY AND CITY OF NORTON**
**CLERK OF CIRCUIT COURT OFFICE**

www.courtbar.org

206 E. Main Street
P.O. Box 1248
Wise, VA 24293-1248

(276) 328-6111
clerk@courtbar.org

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

SPENCER FLOYD,                          )
                                        )
                Plaintiff,              )    Case No. 1:23CV00033
                                        )    State Court No. CL23001182-00
v.                                      )
                                        )         **O R D E R**
EARTHLINK, LLC,                         )
                                        )
                Defendant.              )

     This case was recently removed from the Circuit Court for Wise County to the United States District Court for the Western District of Virginia at Abingdon. This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this court at 180 W. Main Street, Room 104, Abingdon, VA 24210, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

     The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for Wise County.

ENTERED:   October 3, 2023

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

VIRGINIA:

## IN THE CIRCUIT COURT OF WISE COUNTY

SPENCER FLOYD                                                    PLAINTIFF

V.                              COMPLAINT

EARTHLINK, LLC.                                                  DEFENDANT

**SERVE: CORPORATION SERVICE COMPANY**
**100 SHOCKOE SLIP 2ND FLR,**
**RICHMOND, VA, 23219**

PLAINTIFF, Spencer Floyd, by counsel, files this his Original Complaint

against Earthlink, LLC, on the grounds set forth below:

## STATEMENT OF FACTS RELEVANT TO ALL CLAIMS

1. Defendant, Earthlink, LLC, a corporation licensed and doing business in Wise

   County, is and at all times mentioned herein was an employer within the meaning of

   the Americans with Disabilities Act (ADA) and Virginia Code Section 2.2-3905.1.

2. Plaintiff, Spencer Floyd, is a qualified individual with a disability within the meaning

   of the ADA and Virginia Code Section 51.5-40.1.

3. On or about January 24, 2022, Defendant hired Plaintiff as an employee.

4. On or about April 20th, 2022, Plaintiff was terminated by Defendant for Actions and

   Professionalism.

5. On June 12th, 2022, Plaintiff filed his Complaint with the Office of the Attorney

   General – Office of Civil Rights claiming Discrimination based on Sexual Orientation

   and Disability.

6. On or about February 13th, 2023, the Attorney General's Office transferred this

THE LAW OFFICE OF
KERN & WILKENS, P.C.
1719 2ND AVENUE E.
BIG STONE GAP, VA
24219

LONNIE L. KERN (RET)
ATTORNEY AT LAW,
BAR # 20669

N. LESLIE WILKENS
ATTORNEY AT LAW
BAR # 81081

JAXON WILKENS
ATTORNEY AT LAW
BAR # 81567

investigation to the Equal Employment Opportunity Commission ("EEOC").

7.  Plaintiff received a right to sue letter dated June 1st, 2023, and fewer than ninety days have elapsed since Plaintiff received same.

## COUNT I: DISCRIMINATION

8.  Plaintiff repeats and realleges Paragraphs 1-7 in this Bill of Complaint.

9.  Plaintiff is homosexual. He made no secret of his homosexuality while he worked at Earthlink.

10. His coworkers began to whisper and make fun of him due to his homosexuality. As the hostility began to grow, Mr. Floyd noticed that managers did nothing to stop coworkers from picking on him.

11. One co-worker, namely Brianna Collins, would repeatedly make derogatory comments towards Plaintiff.

12. Plaintiff reported this issue to Human Resources (HR) and requested that Brianna Collins not be placed near him.

13. HR ignored his request and did not reprimand Brianna Collins for her misconduct.

14. During an especially egregious episode, Brianna Collins coarsely cursed Plaintiff, made an obscene finger gesture, and called him a "Faggot".

15. Plaintiff reported this egregious interaction to his manager Whitney Carpenter and stepped outside to regain his composure.

16. Plaintiff was not allowed back into the building and was suspended for "Shift Abandonment."

## COUNT II: DISABILITY DISCRIMINATION

17. Plaintiff repeats and realleges Paragraphs 1-16 in this Bill of Complaint.

THE LAW OFFICE OF
KERN & WILKENS, P.C.
1719 2ND AVENUE E.
BIG STONE GAP, VA
24219

LONNIE L. KERN (RET)
ATTORNEY AT LAW,
BAR # 20669

N. LESLIE WILKENS
ATTORNEY AT LAW
BAR # 81081

JAXON WILKENS
ATTORNEY AT LAW
BAR # 81567

18. Plaintiff has been diagnosed with a form of "learning disability" however this disability did not interfere with his ability to perform his job satisfactorily.

19. Plaintiff had been taught to work with the older system and software by a previous trainer when he was first hired.

20. Defendant updated their system but did not provide plaintiff with any training on how to operate the new system.

21. Plaintiff began to struggle with the new system and requested accommodation.

22. Defendants refused to reasonably accommodate Plaintiff and began to write him up when he made errors with the new system.

23. Plaintiff then had a meeting with Wes Polly, a supervisor from Human Resources, and was told that other people were able to use the new system and was called "dumb" for not understanding the system.

## COUNT III: MENTAL AND EMOTIONAL DISTRESS

24. Plaintiff repeats and realleges Paragraphs 1-23 in this Bill of Complaint

25. Defendants' actions described herein were intentional and inflicted upon Plaintiff severe mental and emotional distress.

26. As a result of Defendants' actions described in Counts I thru Counts III, Plaintiff has suffered irreparable injuries, including but not limited to; loss of pay, benefits and other economic losses; emotional pain and suffering; mental anguish; humiliation; embarrassment; personal indignity; and other intangible injuries for all of which he should be compensated.

WHEREFORE, Plaintiff, Spencer Floyd, respectfully prays to this Court as follows:

THE LAW OFFICE OF
KERN & WILKENS, P.C.
1719 2ND AVENUE E.
BIG STONE GAP, VA
24219

LONNIE L. KERN (RET)
ATTORNEY AT LAW,
BAR # 20669

N. LESLIE WILKENS
ATTORNEY AT LAW
BAR # 81081

JAXON WILKENS
ATTORNEY AT LAW
BAR # 81567

A.   For all compensatory and punitive damages with respect to the statutory and tort claims in the amount of $500,000.00.

B.   For reasonable costs, including attorney's fees; and

C.   For all other equitable and legal relief to which Plaintiff appears entitled.

SPENCER FLOYD
BY COUNSEL

JAXON WILKENS
THE LAW OFFICE OF KERN AND WILKENS, PC
ATTORNEYS AT LAW
1719 2ND AVENUE E.
BIG STONE GAP, VA 24219
VSB# 81567

BY: _____
    JAXON WILKENS
    COUNSEL FOR PLAINTIFF

**THE LAW OFFICE OF
KERN & WILKENS, P.C.**
*1719 2ND AVENUE E.
BIG STONE GAP, VA
24219*

**LONNIE L. KERN (RET)**
*ATTORNEY AT LAW,
BAR # 20669*

**N. LESLIE WILKENS**
*ATTORNEY AT LAW
BAR # 81081*

**JAXON WILKENS**
*ATTORNEY AT LAW
BAR # 81567*

# THE LAW OFFICE OF KERN & WILKENS, P.C.

### 1719 2nd AVENUE E.
### BIG STONE GAP, VA 24219
KERNANDWILKENSLAW@GMAIL.COM
WWW.KERNANDWILKENSVA.COM

*LONNIE L. KERN (RETIRED)*
*N. LESLIE WILKENS*
*JAXON WILKENS*



TELEPHONE (276) 523-1281
FAX (276) 523-1284

August 21, 2023

Mr. J. Jack Kennedy, Jr., Clerk
Wise County Circuit Court
Post Office Box 1248
Wise, VA 24293

IN RE: SPENCER FLOYD V. EARTHLINK, LLC.

Dear Sir:

Please find enclosed the original Complaint for the above case, which I ask that you mark "filed." Please also forward the Summons, and the Complaint to the Sheriff for service upon the Defendant.

Thank you very much.

Sincerely yours,

JAXON WILKENS

JW/cm

Enclosure

This document received in the Wise Circuit Court Clerk's Office via electronic filing 9/1/2023 11:04:16 AM

# COMMONWEALTH OF VIRGINIA



WISE CIRCUIT COURT
Civil Division
P O BOX 1248 206 EAST MAIN ST.
WISE  VA  24293
(276) 328-6111

Summons

To: EARTHLINK, LLC                                      Case No. 195CL23001182-00
    CORP SERVICE COMPANY
    100 SHOCKOE SLIP 2ND FLOOR
    RICHMOND VA 23219


The party upon whom this summons and the attached complaint are served is hereby notified
that unless within 21 days after such service, response is made by filing in the clerk's office
of this court a pleading in writing, in proper legal form, the allegations and charges may be
taken as admitted and the court may enter an order, judgment, or decree against such party
either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, September 01, 2023

Clerk of Court: J. JACK KENNEDY JR

by _____
                    (CLERK/DEPUTY CLERK )

Instructions:


Hearing Official:



Attorney's name:

# COMMONWEALTH OF VIRGINIA



WISE CIRCUIT COURT
Civil Division
P O BOX 1248 206 EAST MAIN ST.
WISE  VA  24293
(276) 328-6111

Proof of Service

Virginia:
   In the WISE CIRCUIT COURT

Case number: 195CL23001182-00
Service number: 001
Service filed: September 01, 2023
Judge:

Served by:
Style of case: SPENCER FLOYD  vs EARTHLINK, LLC
Service on: EARTHLINK, LLC
       CORP SERVICE COMPANY
       100 SHOCKOE SLIP 2ND FLOOR
       RICHMOND VA 23219

Attorney:

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, September 01, 2023 with a copy of the Complaint filed Friday, September 01, 2023 attached.

Hearing date  :
Service *issued: Friday*, September 01, 2023

For Sheriff Use Only

Receipt : 23000005710

Page 1 of 1

COURT ADDRESS:
P.O. BOX 1248
WISE, VA 24293
PHONE # : 276-328-6111

OFFICIAL RECEIPT
WISE COUNTY CIRCUIT
CIVIL

DATE : 09/01/2023          TIME : 11:38:00
RECEIPT # : 23000005710   TRANSACTION # : 23090100019
CASHIER : DSJ          REGISTER # : F834
CASE COMMENTS : FLOYD, SPENCER v. EARTHLINK, LLC
SUIT AMOUNT : $500,000.00
ACCOUNT OF : FLOYD, SPENCER
PAID BY : FLOYD, SPENCER
ELECTRONIC FUND TRANSFER : $311.00
DESCRIPTION 1 : COM:COMPLAINT - CATCH-ALL
              2 : PLAINTIFF: FLOYD, SPENCER
              3 : NO HEARING SCHEDULED

CASE # : 195CL2300118200

FILING TYPE : COM          PAYMENT : FULL PAYMENT

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 |
| 106 | TECHNOLOGY TRST FND | $5.00 |
| 123 | LEGAL AID SERVICES | $9.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 |
| 206 | SHERIFF FEES | $12.00 |

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 219 | LAW LIBRARY | $4.00 |
| 228 | COURTHOUSE CONSTRUCTION FEE (CHCF) | $3.00 |
| 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 304 | CIVIL FILING FEE (LAW & EQUITY) | $240.00 |

TENDERED : $          311.00
AMOUNT PAID : $          311.00

CLERK OF COURT : J. JACK KENNEDY, JR.

RECEIPT COPY 2 OF 2

COURT COPY

# COMMONWEALTH OF VIRGINIA



WISE CIRCUIT COURT
Civil Division
P O BOX 1248 206 EAST MAIN ST.
WISE VA 24293
(276) 328-6111

Proof of Service

Virginia:
In the WISE CIRCUIT COURT

Case number: 195CL23001182-00
Service number: 001
Service filed: September 01, 2023
Judge:

Served by:
Style of case: SPENCER FLOYD vs EARTHLINK, LLC
Service on: EARTHLINK, LLC                    Attorney:
            CORP SERVICE COMPANY
            100 SHOCKOE SLIP 2ND FLOOR
            RICHMOND VA 23219

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, September 01, 2023 with a copy of the Complaint filed Friday, September 01, 2023 attached.

Hearing date  :
Service issued: Friday, September 01, 2023

## For Sheriff Use Only

NAME AND ADDRESS SAME AS FRONT

NAME

☑ PERSONAL SERVICE
Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to person found in charge of usual place of business or employment during business hours and giving information to its purport.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above giving information of its purport. List name, age of recipient and relation of recipient to party name above.

☐ Posted on the front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on officer or managing employee who is not an officer of the corporation.

☐ Not Evicted
☐ Evicted
☐ Affidavit attached
☑ Served on registered agent

☐ NO EFFECTS FOUND
☐ Not found

SEP 12 2023
DATE

Dep. R. Jackson
DEPUTY SHERIFF
FOR
Sheriff Antionette V. Irving

## CERTIFICATE
## OF
## CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.    It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.    (a)    It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

(b)    Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

(c)    The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

Beverley L. Crump          Rene Nordquist
Donna Creekmore            Dustin Kline
Alyssa Kanarr

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this _5_ day of January 2023.

CORPORATION SERVICE COMPANY

By: _Jackie Smetana_
Jackie Smetana, Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this _5_ day of January 2023, by Jackie Smetana.

_Janet B Woznicki_
Notary Public

My Commission Expires: _5-18-2026_

JANET B. WOZNICKI
Notary Public
State of Delaware
My Commission Expires On
May 18, 2026



Harrison E. Richards
hrichards@gentrylocke.com
P: 540.983.9438
F: 540.983.9400

October 2, 2023

**_Via Federal Express Overnight Delivery_**

J. Jack Kennedy. Jr.
Wise Circuit Court
206 E. Main Street
Wise, VA  24293-1248

Re:    **_Spencer Floyd v. Earthlink, LLC_**
       **Case No.:  CL23001182-00**

Dear Ms. Hamilton:

We enclose for filing a Civil Cover Sheet and a Notice of Filing Notice of Removal on behalf of
the defendant/removing party. Earthlink, LLC.  The case has been removed to the United States
District Court for the Western District of Virginia, Abingdon Division.

By copy of this letter, we are serving plaintiff's counsel, Jaxon Wilkens, The Law Office of Kern
and Wilkens, P.C.

We appreciate your assistance with this matter.  Please call with any questions.

Very truly yours,

GENTRY LOCKE

*Harrison Richards*

Harrison E. Richards

HER
Enclosures
cc:    Jaxon Wilkens. Esq. (*w/ enclosures*) (*via facsimile and first class mail*)

# COVER SHEET FOR FILING CIVIL ACTIONS

COMMONWEALTH OF VIRGINIA

Case No. CL23-1182

(CLERK'S OFFICE USE ONLY)

WISE COUNTY ......................................................... Circuit Court

SPENCER FLOYD                              v./In re:          EARTHLINK, LLC
PLAINTIFF(S)                                                  DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [ ] plaintiff [X] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL

**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Counterclaim
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[X] Removal of Case to Federal Court

**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment

**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
    [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights

**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

## ADMINISTRATIVE LAW

[ ] Appeal/Judicial Review of Decision of (select one)
    [ ] ABC Board
    [ ] Board of Zoning
    [ ] Compensation Board
    [ ] DMV License Suspension
    [ ] Employee Grievance Decision
    [ ] Employment Commission
    [ ] Local Government
    [ ] Marine Resources Commission
    [ ] School Board
    [ ] Voter Registration
    [ ] Other Administrative Appeal

## DOMESTIC/FAMILY

[ ] Adoption
    [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
    [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
    [ ] Complaint – Contested*
    [ ] Complaint – Uncontested*
    [ ] Counterclaim/Responsive Pleading
    [ ] Reinstatement –
        Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
    [ ] Separate Maintenance Counterclaim

## WRITS

[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS

[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
    [ ] Guardian/Conservator
    [ ] Standby Guardian/Conservator
    [ ] Custodian/Successor Custodian (UTMA
[ ] Trust (select one)
    [ ] Impress/Declare/Create
    [ ] Reformation
[ ] Will (select one)
    [ ] Construe
    [ ] Contested

## MISCELLANEOUS

[ ] Amend Birth/Death Certificate
[ ] Appointment (select one)
    [ ] Church Trustee
    [ ] Conservator of Peace
    [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
    [ ] Reinstatement pursuant to § 46.2-427
    [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
    [ ] Correct Erroneous State/Local
    [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify)

[ ] Damages in the amount of $ .................................................. are claimed.

10/2/2023
DATE

*Harrison Richards*

[ ] PLAINTIFF   [ ] DEFENDANT   [X] ATTORNEY FOR   [ ] PLAINTIFF [X] DEFENDANT

Harrison E. Richards
PRINT NAME

10 S. Frankllin Rd, Ste 900, Roanoke, VA  24011  540-983-9300
ADDRESS TELEPHONE NUMBER OF SIGNATOR

hrichards@gentrylocke.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

FORM CC-1416 (MASTER) PAGE ONE 02/23

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

CIRCUIT COURT
RECEIVED AND FILED
OCT ... 23
Time ...
By ...
J Jack H. Kennedy Clerk

**VIRGINIA:**

## IN THE CIRCUIT COURT OF WISE COUNTY

| | | |
|---|---|---|
| SPENCER FLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 195CL23001182-00 |
| | ) | |
| EARTHLINK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 2nd day of October, 2023, Defendant, Earthlink,

LLC ("Earthlink" or "Defendant"), through counsel, filed a Notice of Removal with the United

States District Court for the Western District of Virginia, Abingdon Division, a copy of which is

attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1446, no further action should be taken in this Court unless and

until the action is remanded.

Respectfully submitted,

EARTHLINK, LLC

By: *Harrison Richards*

Paul G. Klockenbrink (VSB No. 33032)
Harrison E. Richards (VSB No. 94960)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX: (540) 983-9400
klockenbrink@gentrylocke.com
hrichards@gentrylocke.com
*Counsel for Defendant*

WISE CIRCUIT COURT
RECEIVED AND FILED
Oct. 4, 20 23
Time 9:41
By D. Hall     Deputy Clerk
J Jack Kennedy, Jr., Clerk

26682/1/11400718v2

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, the foregoing was sent via first-class mail,

postage prepaid, mail to:

       Jaxon Wilkens (VSB No. 81567)
       THE LAW OFFICE OF KERN AND WILKENS, PC
       ATTORNEYS AT LAW
       1719 2nd Avenue E.  .
       Big Stone Gap, VA 24219
       (276) 523-1281
       (276) 523-1284 facsimile

*Counsel for Plaintiff*



**Case Initiating Docs for at-99999 cases**

**U.S. District Court**

**Western District of Virginia**

**Notice of Electronic Filing**

The following transaction was entered by Richards, Harrison on 10/2/2023 at 3:37 PM EDT and filed on 10/2/2023

| | |
|---|---|
| **Case Name:** | Plaintiff v. Defendant |
| **Case Number:** | 1:23-at-99999 |
| **Filer:** | |
| **Document Number:** | 30 |

**Docket Text:**
**Notice of Removal Case Title: Spencer Floyd v. Earthlink LLC; Court Name: Wise County Circuit Court. (Filing & Administrative fee $402 receipt number AVAWDC-4274762). (Attachments: # (1) Exhibit A - Summons, # (2) Exhibit B - Complaint, # (3) Exhibit C - Notice of Removal - Wise Circuit Court, # (4) Civil Cover Sheet, # (5) Corporate Disclosure)(Richards, Harrison)**

**No public notice (electronic or otherwise) sent because the entry is private**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=10/2/2023] [FileNumber=4305788-0
] [10e96b4130487d792c79797a59a3a79e0349456575f9413d42e7fb2dee85bc548b5
c7705f8755de29f6537ebea817fb36d84d54b5085059b682bced3c2914c56]]
**Document description:**Exhibit A - Summons
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=10/2/2023] [FileNumber=4305788-1
] [577da066b76e691cf8b50a307d89fd076219de33408753be505f59b19416636f9ee
c88bbe1bfd2abe7640d22f694bae7043ef7a958a6117dfc976dd2e158657e]]
**Document description:**Exhibit B - Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=10/2/2023] [FileNumber=4305788-2
] [4e1fc3f5ebcfe59b967a462b0dfcbe42f8309785e8aabc86d920058efc7ba80e389
1a847db088fb8a61cd60634bd4c8f3502e5335b7a682fa76b5c5d66b63dca]]
**Document description:**Exhibit C - Notice of Removal - Wise Circuit Court
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=10/2/2023] [FileNumber=4305788-3
] [afc32d2af83446507e7e7a005cc9841ffa2aa8f284b8f669c724ded330e5a08e57a
7c1b8b071a1c0c5553b90a65b6cd749df8197a847baca4864a0d206730cad]]
**Document description:**Civil Cover Sheet



EXHIBIT
A

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=10/2/2023] [FileNumber=4305788-4
] [5b8bb6b9dc924af7d330add3b5876c7f87ed10915a23a943d406dfe2085887f9615
2e70653e1e8506a167274b9473eaaf2e1b5a6629dedaa71d6fee7cac3921a]]
**Document description:** Corporate Disclosure
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=10/2/2023] [FileNumber=4305788-5
] [36690fb3694939593281cb159d346a69fafa9386e2060322c809baa47cde8347589
b2040e55a4ac5d17ee57281d169d812a1de20bc5a2ff2f06a77f5e8fb6293]]

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

SPENCER FLOYD,                       )
                                     )
      Plaintiff,                 )
                                     )
v.                                   )        Civil Action No.: _____
                                     )
EARTHLINK, LLC,                      )
                                     )
      Defendant.                 )

<u>**NOTICE OF REMOVAL**</u>

    Defendant, Earthlink, LLC ("Earthlink" or "Defendant"), through counsel, provides notice of removal of this action to the United States District Court for the Western District of Virginia, Abingdon Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and respectfully present to this Court the following grounds for removal:

    1.    Plaintiff, Spencer Floyd, filed a Complaint against Defendant in the Circuit Court of Wise County, Virginia. Defendant was served with a copy of the Summons and Complaint on September 12, 2023, which are attached as Exhibits A and B.

    2.    Defendant's Notice of Removal is timely pursuant to 28 U.S.C. § 1446 because it is being filed within thirty (30) days of service of the Summons and Complaint.

    3.    Defendant's time to respond to the Summons and Complaint through a responsive pleading has not yet expired.

    4.    Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

    5.    This case may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

6.    This action is removable pursuant to federal question jurisdiction under 28 U.S.C.
§ 1331 because Plaintiff asserts claims under federal law. Specifically, Plaintiff claims that
Defendant subjected him to discrimination under Title VII of the Civil Rights Act of 1964, 42
U.S.C. §§ 2000e, *et seq.* ("Title VII"), the Americans with Disabilities Act of 1990, 42 U.S.C. §§
12101, *et seq.* and the ADA Amendments Act of 2008 ("ADA"). Accordingly, this Court has
original jurisdiction over Plaintiff's discrimination claims pursuant to 28 U.S.C. § 1331.

7.    In addition to his Title VII and ADA claims, Plaintiff asserts a claim for intentional
infliction of emotional distress ("IIED"). Plaintiff asserts a single set of factual allegations in
support of all three claims in his Complaint. Pursuant to 28 U.S.C. § 1367(a), the Court has
supplemental jurisdiction over Plaintiff's IIED claim because it is so related to Plaintiff's Title VII
and ADA claims—over which this Court has original jurisdiction—that they form part of the same
case or controversy.

8.    For the foregoing reasons, this action is properly removed to this Court pursuant to
28 U.S.C. § 1441(c).

9.    Venue lies in this Court pursuant to 28 U.S.C. § 1441 because the United States
District Court for the Western District of Virginia, Abingdon Division, embraces the County of
Wise.

10.   A Notice of Filing of Notice of Removal is being filed contemporaneously with the
Clerk of the Circuit Court of Wise County, Virginia, and is attached as Exhibit C.  Defendant will
also promptly provide Plaintiff written notice of the filing of this Notice of Removal.

11.   Pursuant to 28 U.S.C. § 1446, a copy of all processes, pleadings, and orders served
upon Defendant in the state court action have been attached hereto.

WHEREFORE, Defendant respectfully removes this case from the Circuit Court of Wise
County, Virginia, to the United States District Court for the Western District of Virginia, Abingdon
Division.

Respectfully submitted,

EARTHLINK, LLC

By:   _/s/ Harrison Richards_ _____

Paul G. Klockenbrink (VSB No. 33032)
Harrison E. Richards (VSB No. 94960)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX: (540) 983-9400
klockenbrink@gentrylocke.com
hrichards@gentrylocke.com

_Counsel for Defendant_

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF system and sent via first-class mail, postage prepaid, to:

Jaxon Wilkens (VSB No. 81567)
THE LAW OFFICE OF KERN AND WILKENS, PC
ATTORNEYS AT LAW
1719 2nd Avenue E.
Big Stone Gap, VA 24219
(276) 523-1281
(276) 523-1284 facsimile

*Counsel for Plaintiff*

<u>        /s/ Harrison Richards            </u>

4

26682/1/11397304v2

# COMMONWEALTH OF VIRGINIA



WISE CIRCUIT COURT
Civil Division
P O BOX 1248 206 EAST MAIN ST.
WISE VA 24293
(276) 328-6111

Summons

To: EARTHLINK, LLC
    CORP SERVICE COMPANY
    100 SHOCKOE SLIP 2ND FLOOR
    RICHMOND VA 23219

Case No. 195CL23001182-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, September 01, 2023

Clerk of Court: J. JACK KENNEDY JR

by _____
                    (CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:



EXHIBIT
A

VIRGINIA:

IN THE CIRCUIT COURT OF WISE COUNTY

SPENCER FLOYD                                                    PLAINTIFF

V.                              COMPLAINT

EARTHLINK, LLC.                                                  DEFENDANT

**SERVE: CORPORATION SERVICE COMPANY**
~~100 SHOCKOE SLIP 2ND FLR,~~
**RICHMOND, VA, 23219**

PLAINTIFF, Spencer Floyd, by counsel, files this his Original Complaint

against Earthlink, LLC, on the grounds set forth below:

<u>STATEMENT OF FACTS RELEVANT TO ALL CLAIMS</u>

1.  Defendant, Earthlink, LLC, a corporation licensed and doing business in Wise

    County, is and at all times mentioned herein was an employer within the meaning of

    the Americans with Disabilities Act (ADA) and Virginia Code Section 2.2-3905.1.

2.  Plaintiff, Spencer Floyd, is a qualified individual with a disability within the meaning

    of the ADA and Virginia Code Section 51.5-40.1.

3.  On or about January 24, 2022, Defendant hired Plaintiff as an employee.

4.  On or about April 20th, 2022, Plaintiff was terminated by Defendant for Actions and

    Professionalism.

5.  On June 12th, 2022, Plaintiff filed his Complaint with the Office of the Attorney

    General – Office of Civil Rights claiming Discrimination based on Sexual Orientation

    and Disability.

6.  On or about February 13th, 2023, the Attorney General's Office transferred this

THE LAW OFFICE OF
KERN & WILKENS, P.C.
1719 2ND AVENUE E.
BIG STONE GAP, VA
24319

LONNIE L. KERN (RET)
ATTORNEY AT LAW,
BAR # 20669

N. LESLIE WILKENS
ATTORNEY AT LAW
BAR # 81981

JAXON WILKENS
ATTORNEY AT LAW
BAR # 81567

This document received in the Wise Circuit Court Clerk's Office via electronic filing 9/1/2023 11:04:16 AM

EXHIBIT
**B**

investigation to the Equal Employment Opportunity Commission ("EEOC").

7. Plaintiff received a right to sue letter dated June 1st, 2023, and fewer than ninety days have elapsed since Plaintiff received same.

## COUNT I: DISCRIMINATION

8. Plaintiff repeats and realleges Paragraphs 1-7 in this Bill of Complaint.

9. Plaintiff is homosexual. He made no secret of his homosexuality while he worked at Earthlink.

10. His coworkers began to whisper and make fun of him due to his homosexuality. As the hostility began to grow, Mr. Floyd noticed that managers did nothing to stop coworkers from picking on him.

11. One co-worker, namely Brianna Collins, would repeatedly make derogatory comments towards Plaintiff.

12. Plaintiff reported this issue to Human Resources (HR) and requested that Brianna Collins not be placed near him.

13. HR ignored his request and did not reprimand Brianna Collins for her misconduct.

14. During an especially egregious episode, Brianna Collins coarsely cursed Plaintiff, made an obscene finger gesture, and called him a "Faggot".

15. Plaintiff reported this egregious interaction to his manager Whitney Carpenter and stepped outside to regain his composure.

16. Plaintiff was not allowed back into the building and was suspended for "Shift Abandonment."

## COUNT II: DISABILITY DISCRIMINATION

17. Plaintiff repeats and realleges Paragraphs 1-16 in this Bill of Complaint.

THE LAW OFFICE OF
KERN & WILKENS, P.C.
1719 2ND AVENUE E.
BIG STONE GAP, VA
24219

LONNIE L. KERN (RET)
ATTORNEY AT LAW,
BAR # 20669

N. LESLIE WILKENS
ATTORNEY AT LAW
BAR # 81081

JAXON WILKENS
ATTORNEY AT LAW
BAR # 81567

18. Plaintiff has been diagnosed with a form of "learning disability" however this disability did not interfere with his ability to perform his job satisfactorily.

19. Plaintiff had been taught to work with the older system and software by a previous trainer when he was first hired.

20. Defendant updated their system but did not provide plaintiff with any training on how to operate the new system.

21. Plaintiff began to struggle with the new system and requested accommodation.

22. Defendants refused to reasonably accommodate Plaintiff and began to write him up when he made errors with the new system.

23. Plaintiff then had a meeting with Wes Polly, a supervisor from Human Resources, and was told that other people were able to use the new system and was called "dumb" for not understanding the system.

## COUNT III: MENTAL AND EMOTIONAL DISTRESS

24. Plaintiff repeats and realleges Paragraphs 1-23 in this Bill of Complaint

25. Defendants' actions described herein were intentional and inflicted upon Plaintiff severe mental and emotional distress.

26. As a result of Defendants' actions described in Counts I thru Counts III, Plaintiff has suffered irreparable injuries, including but not limited to; loss of pay, benefits and other economic losses; emotional pain and suffering; mental anguish; humiliation; embarrassment; personal indignity; and other intangible injuries for all of which he should be compensated.

WHEREFORE, Plaintiff, Spencer Floyd, respectfully prays to this Court as follows:

THE LAW OFFICE OF
KERN & WILKENS, P.C.
1719 2ND AVENUE E.
BIG STONE GAP, VA
24219

LONNIE L. KERN (RET)
ATTORNEY AT LAW,
BAR # 20669

N. LESLIE WILKENS
ATTORNEY AT LAW
BAR # 81081

JAXON WILKENS
ATTORNEY AT LAW
BAR # 81567

A.    For all compensatory and punitive damages with respect to the

statutory and tort claims in the amount of $500,000.00.

B.    For reasonable costs, including attorney's fees; and

C.    For all other equitable and legal relief to which Plaintiff appears

entitled.

SPENCER FLOYD
BY COUNSEL

JAXON WILKENS
THE LAW OFFICE OF KERN AND WILKENS, PC
ATTORNEYS AT LAW
1719 2ND AVENUE E.
BIG STONE GAP, VA 24219
VSB# 81567

BY: _____

JAXON WILKENS
COUNSEL FOR PLAINTIFF

*THE LAW OFFICE OF
KERN & WILKENS, P.C.
1719 2ND AVENUE E.
BIG STONE GAP, VA
24219*

*LONNIE L. KERN (RET)
ATTORNEY AT LAW,
BAR # 30669*

*N. LESLIE WILKENS
ATTORNEY AT LAW
BAR # 81081*

*JAXON WILKINS
ATTORNEY AT LAW
BAR # 81567*



ORIGIN ID:ILGA    (888) 690-2882
SOP PROCESSING DEPARTMENT
CSC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808
UNITED STATES US

SHIP DATE: 12SEP23
ACTWGT: 1.00 LB
CAD: 103280184/WSXI2600

BILL THIRD PARTY

TO   ANGELA YOUNG
     EARTHLINK, LLC
     980 HAMMOND DR
     STE 400
     ATLANTA GA 30328
(404) 748-6378         REF
INV
PO                     DEPT

FedEx.
Express

E

THU - 14 SEP 5:00P
** 2DAY **

TRK#
0201  7836 8246 9863

SG TMAA          30328
            GA-US  ATL



VIRGINIA:

## IN THE CIRCUIT COURT OF WISE COUNTY

SPENCER FLOYD,                          )
                                        )
     Plaintiff,                       )
                                        )
v.                                      )          Case No.: 195CL23001182-00
                                        )
EARTHLINK, LLC,                         )
                                        )
     Defendant.                       )

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 2nd day of October, 2023, Defendant, Earthlink, LLC ("Earthlink" or "Defendant"), through counsel, filed a Notice of Removal with the United States District Court for the Western District of Virginia, Abingdon Division, a copy of which is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1446, no further action should be taken in this Court unless and until the action is remanded.

Respectfully submitted,

EARTHLINK, LLC

By: *Harrison Richards*

Paul G. Klockenbrink (VSB No. 33032)
Harrison E. Richards (VSB No. 94960)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX: (540) 983-9400
klockenbrink@gentrylocke.com
hrichards@gentrylocke.com
*Counsel for Defendant*

26682/1/11400718v2



## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, the foregoing was sent via first-class mail,

postage prepaid, mail to:

Jaxon Wilkens (VSB No. 81567)
THE LAW OFFICE OF KERN AND WILKENS, PC
ATTORNEYS AT LAW
1719 2nd Avenue E.  .
Big Stone Gap, VA 24219
(276) 523-1281
(276) 523-1284 facsimile

*Counsel for Plaintiff*



JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Spencer Floyd

## DEFENDANTS
Earthlink, LLC

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jaxon Wilkens, Esq. The Law Office of Kerns & Wilkens, P.C. 1719 2d Ave. E., Big Stone Gap, VA 24219 276-523-1281

Attorneys *(If Known)*
Harrison E. Richards, Esq. Gentry Locke, 10 S. Franklin Rd Ste 900, Roanoke, VA 24011 540-983-9300

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
*PERSONAL INJURY*
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [X] 442 Employment
- [ ] 443 Housing/ Accommodations
- [X] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
*Habeas Corpus:*
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
*Other:*
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1331, 1441, 1446
Brief description of cause:
Claim for alleged discrimination based on sexual orientation and disability.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                DOCKET NUMBER

DATE 10/02/2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Spencer Floyd
_____
Plaintiff(s)

V.                                                Civil Action No.: _____

Earthlink, LLC
_____
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Earthlink, LLC _____   who is   Defendant _____
(Name of party you represent)                      (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes   ☒ No

2. Does the party have any parent corporations?
   ☐ Yes   ☒ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:


3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ Yes   ☒ No

   If yes, identify all such owners:


4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No
   If yes, identify all such owners:


5. Is the party a trade association?
   ☐ Yes   ☒ No
   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:


/s/ Harrison E. Richards _____   10/02/2023 _____
          (Signature)                                    (Date)