CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
September 25, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| SPENCER FLOYD, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:23-cv-00033-JPJ-PMS |
| EARTHLINK, LLC, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Parties' Joint Stipulation of Dismissal. Upon due consideration, and finding it appropriate to do so, the Court hereby dismisses the above-captioned matter with prejudice. The Clerk shall close the case.

It is SO ORDERED.

ENTER: September 25, 2024

_____
Senior United States District Judge

26682\0001\12128807v2